ALAN S. LEVINS, Bar No. 57612
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
COMPASS GROUP USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET FITZSIMMONS, | Case No. C08-03131 |
| Plaintiff, | **DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | [Local Rule 3-16] |
| COMPASS GROUP USA, INC. dba COMPASS GROUP FOODSERVICE and as EUREST DINING SERVICES; EDITH SALAS, HUMBERTO SALAS, and DOES 1 through 10, inclusive, | |
| Defendants. | |

TO THE JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA FOR THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF JANET FITZSIMMONS AND HER ATTORNEY OF RECORD:

    1.    Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: June 26, 2008.

ALAN S. LEVINS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
COMPASS GROUP USA, INC.

Firmwide:85603221.1 024778.1226

Firmwide:85673168.1 024778.1226

1

DEF. COMPASS GROUP USA'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT FOR DAMAGES    Case No.