ALAN S. LEVINS, Bar No. 57612
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490
Email: alevins@littler.com

Attorneys for Defendant
COMPASS GROUP USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET FITZSIMMONS, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS GROUP USA, INC. dba COMPASS GROUP FOODSERVICE and as EUREST DINING SERVICES; EDITH SALAS, HUMBERTO SALAS, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. C08-03131 <br><br> **DEFENDANT'S DISCLOSURE STATEMENT** <br><br> [F.R.C.P. 7.1] |

*ORIGINAL FILED JUN 30 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

*ADR*

1

DEFENDANT'S DISCLOSURE STATEMENT                                              Case No.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

TO THE CLERK OF THE ABOVE ENTITLED COURT, PLAINTIFF JANET FITZSIMMONS AND HER ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to the Federal Rules of Civil Procedure 7.1, that Defendant Compass Group USA, Inc., which is a wholly owned subsidiary of Compass Group PLC, is publicly traded on the London Stock Exchange with no known public company holding more than 10% of the stock of either Compass Group USA, Inc. or Compass Group PLC.

Dated: June 30, 2008.

ALAN S. LEVINS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
COMPASS GROUP USA, INC.

Firmwide:85673041.1 024778.1226

2.

DEFENDANT'S DISCLOSURE STATEMENT  Case No.