1  ALAN S. LEVINS, Bar No. 57612
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Fax No.:     415.399.8490
5
   Attorneys for Defendant
6  COMPASS GROUP USA, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JANET FITZSIMMONS,                    Case No.  C 08-03131 MMC

             Plaintiff,
12                                       **CERTIFICATE OF SERVICE**

13       v.

14 COMPASS GROUP USA, INC. dba
   COMPASS GROUP FOODSERVICE and
15 as EUREST DINING SERVICES; EDITH
   SALAS, HUMBERTO SALAS, and DOES
16 1 through 10, inclusive,

17           Defendants.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE                          CASE NO. C 08-03131 MMC

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On June 30, 2008, I served the within document(s):

- NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (Federal Question)

- CIVIL COVER SHEET

- DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

- DEFENDANT'S DISCLOSURE STATEMENT

- ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

- NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

- ECF REGISTRATION INFORMATION HANDOUT

- WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

- CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

- CERTIFICATE OF SERVICE

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 415.399.8490. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE    2.    CASE NO. C 08-03131 MMC

| | | |
|---|---|---|
| 1 | ☒ | by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below. |
| 2 | ☐ | by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below. |
| 3 | ☐ | by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below. |

Valerie Toohey O'Dell, Esq.
O'Dell & O'Dell, LLP
887 Island Drive, Suite 220-C
Alameda, CA 94502

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 30, 2008, at San Francisco, California.

_____
ROSIE T. YEE

Firmwide:85721794.1 024778.1226

**CERTIFICATE OF SERVICE**   3.   **CASE NO. C 08-03131 MMC**