1  VALERIE TOOHEY O'DELL (State Bar No. 101999)
   JAMES R. O'DELL (State Bar No. 181397)
2  O'DELL & O'DELL, LLP
   887 Island Drive, Suite 220-C
3  Alameda, CA 94502
   Telephone: (510) 814-3785
4  Facsimile:  (510) 814-3795

5  Attorneys for Plaintiff
   JANET FITZSIMMONS

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA
(San Francisco/Oakland Division)

| | |
|---|---|
| JANET FITZSIMMONS ) | |
| ) | |
| Plaintiff, ) | CASE NO.  C 08-03131   MMC |
| ) | |
| v. ) | **STIPULATION TO AMEND COMPLAINT** |
| ) | |
| COMPASS GROUP USA, INC., ) | |
| et al., ) | |
| Defendants. ) | |

   Counsel for Plaintiff JANET FITZSIMMONS and counsel for Defendant COMPASS GROUP USA, INC. hereby stipulate as follows:

   1. Plaintiff's complaint is hereby amended as follows:

   Line 21 on page 12 is amended to state: "As an eighth cause of action against Defendants Edith Salas and Humberto Salas Plaintiff alleges:"

and Defendant COMPASS GROUP USA, INC. hereby consents to such amendment.

   2. Based on the foregoing amendment, Plaintiff and Defendant stipulate that the Eighth Cause of Action for Intentional Infliction of Emotional Distress is stated against only Defendants Edith Salas and Humberto Salas and not against Defendant COMPASS GROUP USA, INC.

 s/ James R. O'Dell    7/29/08                     s/ Alan S. Levins    7/28/08
James R. O'Dell         (Date)                     Alan S. Levins       (Date)
Counsel for Plaintiff                              Counsel for Defendant
JANET FITZSIMMONS                                  COMPASS GROUP USA, INC.

Stipulation To Amend Complaint, Case No.  C -08-3131 MMC