UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA
(San Francisco/Oakland Division)

| | |
|---|---|
| JANET FITZSIMMONS </br></br> Plaintiff, </br></br> v. </br></br> COMPASS GROUP USA, INC., et al., </br></br> Defendants. | CASE NO. C 08-03131 MMC </br></br> **[PROPOSED] ORDER REMANDING CASE** |

Upon consideration of Plaintiff's Motion for Remand and all papers submitted in support of and in opposition to the Motion, and the arguments of counsel:

IT IS HEREBY ORDERED that this case is remanded to the Superior Court of California, County of Alameda, for the reason that no existing claim confers federal subject matter jurisdiction and retaining jurisdiction over the state-law claims would be inappropriate under the Supreme Court's holding in *Carnegie-Mellon University v. Cohill* (1988) 484 U.S. 343.

_____
Judge
United States District Court

Order Remanding Case, Case No. C -08-3131 MMC