1  | ALAN S. LEVINS, Bar No. 57612
2  | APRIL N. LOVE, Bar No. 255527
   | LITTLER MENDELSON
3  | A Professional Corporation
   | 650 California Street
4  | 20th Floor
   | San Francisco, CA  94108.2693
5  | Telephone:    415.433.1940
   | Fax No.:      415.399.8490
6  | Email: alevins@littler.com
7  | Email: alove@littler.com

8  | Attorneys for Defendant
   | COMPASS GROUP USA, INC.
9  |

10 |                   UNITED STATES DISTRICT COURT

11 |                 NORTHERN DISTRICT OF CALIFORNIA

12 |                    SAN FRANCISCO DIVISION

13 | JANET FITZSIMMONS,                    Case No.  C 08-03131 MMC

14 |                Plaintiff,             **NOTICE OF APPEARANCE OF COUNSEL**

15 |       v.

16 | COMPASS GROUP USA, INC. dba
17 | COMPASS GROUP FOODSERVICE and
   | as EUREST DINING SERVICES; EDITH
18 | SALAS, HUMBERTO SALAS, and DOES
   | 1 through 10, inclusive,
19 |
20 |                Defendants.

21 |

22 |        PLEASE TAKE NOTICE that APRIL N. LOVE of the law firm of LITTLER

23 | MENDELSON, 650 California Street, 20th Floor, San Francisco, California 94108, (415) 433-1940,

24 | hereby enters her appearance as one of the attorneys of record in the above-captioned matter.  Please

25 | send or e-mail copies of all future pleadings and correspondence and all communications to and

26 | ///

27 | ///

28 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

NOTICE OF APPEARANCE                    1.                    CASE NO. C 08-03131 MMC

1    from the Court concerning this matter to the undersigned at 650 California Street, 20th Floor, San

2    Francisco, California 94108-2693, or at alove@littler.com.

3    Dated:  July 30, 2008                    Respectfully submitted,

4

5

6                                            By:    /s/  April N. Love
                                             APRIL N. LOVE
7                                            LITTLER MENDELSON
                                             Attorneys for Defendant
8                                            COMPASS GROUP USA, INC.

9    Firmwide:86046222.1 024778.1226

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108-2693
415 433 1940

NOTICE OF APPEARANCE                    2.                    CASE NO. C 08-03131 MMC