ALAN S. LEVINS, Bar No. 57612
APRIL N. LOVE, Bar No. 255527
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490
Email: alevins@littler.com
Email: alove@littler.com

Attorneys for Defendant
COMPASS GROUP USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANET FITZSIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC. dba COMPASS GROUP FOODSERVICE and as EUREST DINING SERVICES; EDITH SALAS, HUMBERTO SALAS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-03131 MMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND RELATED DEADLINES** |

On July 29, 2008, Plaintiff Janet Fitzsimmons ("Plaintiff") filed a Motion for Remand of this action. Under the current schedule, Defendant Compass Group USA, Inc.'s ("Defendant") Opposition to Plaintiff's Motion for Remand must be filed by August 15, 2008. The motion is currently scheduled for hearing on September 5, 2008.

///

///

///

---

STIPULATION TO EXTEND TIME     1.     CASE NO. C 08-03131 MMC

The parties agree to a fourteen (14) day extension of time for Defendant to file their Opposition to Plaintiff's Motion and likewise agree to an extension of all related deadlines. Both parties remain amenable to an early resolution of this matter and feel that such an extension will allow for thorough, meaningful consideration of the issues. Accordingly, the parties hereby stipulate, and respectfully request the Court to so order, that (1) the time for Defendant to respond to Plaintiff's Motion for Remand be extended from August 15, 2008 to August 29, 2008; (2) the time for Plaintiff to file a reply brief in support of her Motion for Remand be extended from August 22, 2008 to September 5, 2008; and (3) the hearing on the Motion be moved from September 5, 2008 to September 19, 2008.

**IT IS SO STIPULATED:**

Dated: August 13, 2008

/s/ April N. Love
APRIL N. LOVE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
COMPASS GROUP USA, INC.

Dated: August 13, 2008

/s/ James R. O'Dell
JAMES R. O'DELL
O'DELL & O'DELL LLP
Attorneys for Plaintiff
JANET FITZSIMMONS

**IT IS SO ORDERED:**

Dated: August _____, 2008

United States District Judge
Honorable Judge Maxine M. Chesney

Firmwide:86178673.1 024778.1226

STIPULATION TO EXTEND TIME    2.    CASE NO. C 08-03131 MMC