IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET FITZSIMMONS, | No. C-08-3131 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| COMPASS GROUP USA, INC., et al., | |
| Defendants / | |

    Before the Court is plaintiff's Motion for Remand, filed July 29, 2008 and previously scheduled for hearing on September 19, 2008. Defendants have filed opposition. No reply has been filed. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision thereon and hereby VACATES the September 19, 2008 hearing. Further, for the reasons stated by plaintiff, the Court hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: September 8, 2008

MAXINE M. CHESNEY
United States District Judge